**9**

James JACKSON v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. October 9, 1924.) No. 4270. In Error to the District Court of the United States for the Eastern District of Tennessee; Xenophon

*For opinion of the court, see 6 F.(2d).

Hicks, Judge. Fred C. Houk, of Knoxville, Tenn., for plaintiff in error. George C. Taylor, U. S. Atty., of Knoxville, Tenn.

PER CURIAM. Dismissed pursuant to motion.